

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2015

No. 04-15-00020-CR

Corey **DENTS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7707
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and "defendant has waived the right of appeal." We therefore ORDER the trial court clerk to file, within ten days of the date of this order, a clerk's record containing the following documents:

1.    All pre-trial motions and the orders on those motions, if any;

2.    all documents relating to the defendant's plea bargain, including the court's admonishments, the defendant's waiver and consent to stipulation of testimony, and any other stipulations;

3.    the judgment;

4.    all post-judgment motions and the orders on those motions, if any;

5.    the notice(s) of appeal;

6.    the trial court's certification of defendant's right of appeal;

7.    the criminal docket sheet; and

8.    the bill of costs.

All other appellate deadlines are suspended pending further order of this court. The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2015.

_____
Keith E. Hottle
Clerk of Court